1050

No. 94–6734. THOMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6737. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6740. BOWLING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6741. DIX v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6743. CREECH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6746. WRIGHT v. ALEXANDRIA DIVISION OF SOCIAL SERVICES. Ct. App. Va. Certiorari denied.

No. 94–6753. FURMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6756. GRIFFITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6758. POLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6761. NIEVES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6763. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6765. WOOTEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6766. WARREN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6767. ALLEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6769. ATWOOD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6770. BALDEON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.